Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**RECEIVED** UNITED STATES DISTRICT COURT

MAY 0 9 2022

**BY MAIL**

for the

District of

Division

|  |  |
|---|---|
| El, Affan Siraj Zuhayr<br>"see attached affidavit"<br><br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>THOMAS P. REDINGTON<br>KIMBERLY HATFIELD<br>ANDREW A. BOSTER<br><br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No.<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   |  |  |
   |---|---|
   | Name | El, Affan Siraj Zuhayr |
   | Street Address | c/o P.O. Box 470482 |
   | City and County | Saint Louis, Saint Louis County |
   | State and Zip Code | Missouri Republic [63147] |
   | Telephone Number | (314) 910-9216 |
   | E-mail Address | affsirzuhel1@gmail.com |

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name    THOMAS P. REDINGTON
    Job or Title *(if known)*    Judge
    Street Address    107 N. 4th Street, Suite 1
    City and County    Edina, Knox County
    State and Zip Code    MO 63537
    Telephone Number    (660)397-2305
    E-mail Address *(if known)*

Defendant No. 2
    Name    KIMBERLY HATFIELD
    Job or Title *(if known)*
    Street Address    107 N. 4th Street, Suite 1
    City and County    Edina, Knox County
    State and Zip Code    MO 63537
    Telephone Number    (660)397-2305
    E-mail Address *(if known)*

Defendant No. 3
    Name    ANDREW A. BOSTER
    Job or Title *(if known)*
    Street Address    107 N. 4th Street, Suite 1
    City and County    Edina, Knox County
    State and Zip Code    MO 63537
    Telephone Number    (660)397-2305
    E-mail Address *(if known)*

Defendant No. 4
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question     ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958).

Glass v. Sloop Betsey, supreme Court, 1794.

Kawananakoa v. Polyblank, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907).

Bank of United States v. Planters' Bank of Georgia, 22 U.S. 9 Wheat. 904 904 (1824).
BRADY v. U. S. , 397 U.S. 742 (1970).
American Banana Co. v. United Fruit Co., 29 S.Ct. 511 , 513, 213 U.S. 347, 53 L. Ed. 826, 19 Ann. Cas. 1047.                                                                                                                       The very meaning of 'sovereignty' is that the decree of the sovereign makes law. American Banana Co. v. United Fruit Co., 29 S.Ct. 511 , 513, 213 U.S. 347, 53 L. Ed. 826, 19 Ann. Cas. 1047.
U S v. CRUIKSHANK, 92 U.S. 542 (1875).
We have in our political system a government of the United States and a government of each of the several States. Each one of these governments is distinct from the others, and each has citizens of its own who owe its allegiance, and whose rights, within its jurisdiction, it must protect. The same person may be at the same time a citizen of the United States and a citizen of a State, but his rights of citizenship under one of these governments will be different from those he has under the other. In the united States of America "we the people" are sovereign over and above that of government. As such, the government only has the authority to have those specific powers that have been delegated to it through our constitutions. As stated in LEGAL TENDER CASES, 110 U.S. 421 (1884) (also referred to as Julliard v Greenman);
Ex parte Watkins, 3 Pet., at 202-203. [cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255(1973)] (1973)]
"The judgment of a court of record whose jurisdiction is final, is as conclusive on all the world as the judgment of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it."

S.C.R. 1795, (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54

Hurtado v. California, 110 U.S. 516, 3 Sup. Ct. 111,292,28 L. Ed. 232 (1884).

U.S. v. Will, 449 U.S. 200, 216, 101, S. Ct. 471, 66 L.Ed. 2d 392, 406 (1980).

Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821).

People v. Superior Court (Plascencia) (2002) 103 Cal.App.4th 409, 126 Cal.Rptr.2d 793.

Rubinstein v. Collins, 20 F.3d 160, 1990.

Owen vs City of Independence, 100 S Ct. 1398.

Hafer vs. Melo, 502 U.S. 21.

Kolender v. Lawson (461 U.S. 352, 1983).
                                   "see attached"

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

  1.    The Plaintiff(s)

      a.    If the plaintiff is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Shuttlesworth v. Birmingham 373 US 26 "If the state converts a liberty into a privilege, the citizen can engage in the right with impunity."
Valley v. Northern Fire and Marine Ins. Co., 254 U.S. 348, 41 S. Ct. 116 (1920). See also Old Wayne Mut. I. Assoc. v. McDonough, 204 U.S. 8, 27 S.Ct. 236 (1907); Williamson v. Berry, 8 How. 495, 540, 12 L. Ed, 1170, 1189, (1850); Rose v. Himely, 4 Cranch 241, 269, 2 L.Ed. 608, 617 (1808
Judges are not judges but private persons if they proceed without jurisdiction. An affirmance results when a judge acts in the clear absence of all jurisdiction, i. e., of authority to act officially over the subject-matter in hand, the proceeding is coram non judice. In such a case the judge has lost his judicial function, has become a mere private person, and is liable as a trespasser for the damages resulting from his unauthorized acts. Such has been the law from the days of the case of The Marshalsea, 10 Coke 68. It was recognized as such in Bradley v. Fisher, 13 Wall. (80 U.S.) 335, 351, 20 L. Ed. 646. In State ex rel. Egan v. Wolever, 127 Ind. 306, 26 N. E. 762, 763, the court said: 'The converse statement of it is also ancient. Where there is no jurisdiction at all there is no judge; the proceeding is as nothing.'
Manning v. Ketcham, 58 F.2d 948 (1932)

Atkins v. Lanning, D.C.Okl., 415 F. Supp. 186, 188.
Color of Law: The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state, is action taken under "color of state law." Atkins v. Lanning, D.C.Okl., 415 F. Supp. 186, 188.

And USC Title 42 Chapter 21C § 2000cc-2, USC Title 18 Sections 241, 241 & 242

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        The plaintiff, *(name)* _____, is a citizen of the
        State of *(name)* _____.

   b.   If the plaintiff is a corporation
        The plaintiff, *(name)* _____, is incorporated
        under the laws of the State of *(name)* _____,
        and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

   a.   If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. Or is a citizen of
        *(foreign nation)* _____.

   b.   If the defendant is a corporation
        The defendant, *(name)* _____, is incorporated under
        the laws of the State of *(name)* _____, and has its
        principal place of business in the State of *(name)* _____.
        Or is incorporated under the laws of *(foreign nation)* _____,
        and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Stand to assert a claim:
1) I claim that KIMBERLY HATFIELD, CIRCUIT CLERK OF KNOX COUNTY MO, violated, my I(1st), IV (4th)& V (5th)Amendments rights, U.S. Code Title 42 Chapter 21C, U.S. Code Title 18 Sections 241 (Conspiracy Against Rights), & 242 (Deprivation of Rights under Color of Law), PUBLIC LAW 93-579-DEC. 31, 1974 (Privacy Act of 1974, The Sundry Free Moors Act.

2) I claim that KIMBERLY HATFIELD, CIRCUIT CLERK OF KNOX COUNTY MO, conspired to commit COERCION, DURESS, FALSE ARREST, FALSE IMPRISONMENT, EXTORTION, KIDNAPPING, FRAUD, OBSTRUCTION OF JUSTICE, TRESPASS

3) I claim that the CIRCUIT COURT OF KNOX COUNTY, is directly responsible for their Agent's actions, he/she and his/her supervisors will be held accountable for the fact that he/she doesn't understand how to conduct himself/herself as an OFFICER OF THE COURT.

4) I claim ANDREW A. BOSTER, violated, my I(1st), IV (4th)& V (5th)Amendments rights, U.S. Code Title 42 Chapter 21 C, U.S. Code Title 18 Sections 241 (Conspiracy Against Rights), & 242 (Deprivation of Rights under Color of Law), PUBLIC LAW 93-579-DEC. 31, 1974 (Privacy Act of 1974), The Sundry Free Moors Act.

5) I claim that ANDREW A. BOSTER conspired to commit COERCION, DURESS, FALSE ARREST, FALSE IMPRISONMENT, EXTORTION, KIDNAPPING, FRAUD, OBSTRUCTION OF JUSTICE, TRESPASS.

6) I claim that the CIRCUIT COURT OF KNOX COUNTY MISSOURI, is directly responsible for their Agent's actions, he/she and his/her supervisors will be held accountable for the fact that he/she doesn't understand how to conduct himself/herself as an OFFICER OF THE COURT.

7) I claim that THOMAS P. REDINGTON violated my I(1st), I(1st), IV(4th)& V(5th)Amendments rights, U.S. Code Title 42 Chapter 21 C, U.S. Code Title 18 Sections 241 (Conspiracy Against Rights), & 242 (Deprivation of Rights under Color of Law), PUBLIC LAW 93-579-DEC. 31, 1974 (Privacy Act of 1974), The Sundry Free Moors Act.

8) I claim that THOMAS P. REDINGTON conspired to commit COERCION, DURESS, FALSE ARREST, FALSE IMPRISONMENT, EXTORTION, KIDNAPPING, FRAUD, OBSTRUCTION OF JUSTICE, TRESPASS.

9) I claim that the CIRCUIT COURT OF KNOX COUNTY MISSOURI, is directly responsible for their Agent's actions, he/she and his/her supervisors will be held accountable for the fact that he/she doesn't understand how to conduct himself/herself as an OFFICER OF THE COURT.

10) I claim that Defendants are in violation of Supreme Court Decisions(Stare Decisis)

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Enforcement of the following violations,
1st , 4th , and 5th Amendments, The Divine Constitution and By-Laws of the Moorish Science Temple of America; Act IV: By Being Moorish American, you are Part and Parcel of this said government and Must Live the Life Accordingly; Act VI; With us all citizens must proclaim their Nationality, The Moorish Nation of North America;  Article VI of the United States of America Republic Constitution, The Treaty of Peace and Friendship of 1787/1836 A.D., Classifies Moorish Americans as Federal Citizens Possessing Freehold by Inheritance Status-Truth A-1. See Article 3, Section 2 of The Organic Constitution, The Sundry Free Moors Act of 1790: A Law Case,1789 – 1790, USC Title 18 §241, USC Title 42 Chapter 21C § 2000cc-2
All UNCONSTITUTIONAL Ticket #'s 479508, 479509, case # 22KN-CR00011 be expunged
1)   I, Affan Siraj Zuhayr El, demand Due Process as protected by the Constitution for the United States of America (Republic).

2)   I, Affan Siraj Zuhayr El, demand this United States Federal court view this Petitioner (in my Proper Person) as a Moorish American National (Natural Born Citizen of the Land) and not as a (brand) NEGRO, BLACKMAN (person), COLORED, AFRICAN AMERICAN, or any other SLAVE TITLE or 'nom de guerre' imposed upon me for misrepresentation 'Actions' or other acts of 'Misprision'.

3)   I, Affan Siraj Zuhayr El, do not, under any condition or circumstance, by threat, duress, or coercion, waive any rights Inalienable or Secured by the Constitution or Compact/Treaty, and, hereby requests the United States Supreme Court (the Court of Record)to fulfill their obligation to preserve the rights of this Petitioner (A Moorish American) and carry out your Judicial Duty in 'Good Faith' by ordering Plaintiff to be brought before the Law to answer for their unjust actions.

4)   Any Respondent, Corporate or Natural, Party-Claimants; Involvements be found guilty in violation United States Republic Constitution, United States Code of Law, and in accord with the law is required by law to immediate recusal of his or her office.
5)   Respondent KIMBERLY HATFIELD is being sued in her private and public capacity for $300,000, for the Constitution, U. S. Codes, and The Sundry Free Moors Act of 1790 Violations/Damages. Plus 3 times the amount of damages sustained by Claimant.
6)   Respondent ANDREW A. BOSTER is being sued in his private and public capacity for $300,000 for the Constitution, U.S. Codes, and The Sundry Free Moors Act of 1790 Violations/Damages. Plus 3 times the amount of damages sustained by Claimant.
7)   Respondent THOMAS P. REDINGTON is being sued in his private and public capacity for $300,000 for the Constitution, U.S. Codes, and The Sundry Free Moors Act of 1790 Violations/Damages. Plus 3 times the amount of damages sustained by Claimant.
You have ten (10) days to reply; failure to appear and defend will result in a Default

Allah the Father of the universe, the Father of Love, Truth, Peace, Freedom, and Justice, thru his Holy Prophet Drew Ali, and it is a sin for any group of people to violate the national constitutional laws of a free national government and cling to the names and principles that delude to slavery.

I declare under the Zodiac Constitution and the United States Republic Constitution that the above is true and correct to the best of my knowledge and honorable intent.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/02/2022

Signature of Plaintiff 

Printed Name of Plaintiff     El, Affan Siraj Zuhayr

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address